UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FIRST STATE BANK              )
of ST. CHARLES,               )
                              )
          Plaintiff,          )
                              )
     vs.                      )          Case No. 4:03CV156  CDP
                              )
VENETIAN HARBOR, INC.,        )
et al.,                       )
                              )
          Defendants.         )

## ORDER

**IT IS HEREBY ORDERED** that Warren Spielman's latest correspondence [#117]

is construed as a motion challenging the judgment previously entered in this case, and is

denied for the same reason I denied the previous motion – this Court has no authority,

jurisdiction, or ability to change or modify the final judgment more than four years after it

was entered.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2009.